Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Gary DAVIDSON, James Kelly and Ronald Livingston, Plaintiffs,

and

Danny Koonce, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 01–5022.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2002.

Before CLEVENGER, RADER, and DYK, Circuit Judges.